# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

2018 SEP -5 A 10:00

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
)  Case No. 1:18SW 511
Oil Painting Titled "Secret Departure of Ivan the )
Terrible Before the Oprichina," by Mikhail N. Panin )
)

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:  Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____Eastern_____ District of _____Virginia_____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

Oil Painting Titled "Secret Departure of Ivan the Terrible Before the Oprichina," by Mikhail N. Panin

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before _____09/07/2018_____
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to
_____Theresa C. Buchanan_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days (not to exceed 30)      ☐ until, the facts justifying, the later specific date of _____.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
*Judge's signature*

Date and time issued: _____08/24/2018 11:00 am_____

City and state:  Alexandria, Virginia

Theresa C. Buchanan, United States Magistrate Judge
*Printed name and title*

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 1:18SW511 | 8/24/18 @ 1:00 pm | Elizabeth Wainstein |

Inventory made in the presence of:
Elizabeth Wainstein

Inventory of the property taken:

Oil painting Titled "Secret Departure of Ivan the Terrible before the Oprichina" by Mikhail N. Panin

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/24/18

Marc D Hess
*Executing officer's signature*

Marc D Hess, Special Agent
*Printed name and title*

RECEIVED 2018 AUG 31 PH 1:1 U.S. ATTORNEY'S OFFICE ALEXANDRIA, VA